```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/18/2020
```

Sheehan & Associates, P.C.
spencer@spencersheehan.com

May 18, 2020

District Judge Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

# MEMORANDUM ENDORSED

Re:  1:19-cv-11878-GHW
     Williams v. Krispy Kreme Doughnut Corporation

Dear District Judge Woods:

This office represents the plaintiff. In accordance with your Honor's Individual Rules of Practice in Civil Cases, plaintiff and defendant request an extension of sixty (60) days for defendant to file an answer or respond to the complaint until Friday, July 17, 2020.

The original date by which defendant is required to answer or respond is Monday, May 18, 2020. There have been no previous requests for an extension of this date. No previous request was granted or denied. Defendant consents to and joins plaintiff in the present request.

The reason for this request is because the parties are engaging in good faith discussions how to proceed, such as a motion to dismiss or answer by defendant, an amended complaint by plaintiff or a resolution of the issues based on productive discussions thus far. The parties also intend to use this time to exchange information relevant to the issues. The parties regret and apologize this request is not submitted at least 48 hours prior to the original compliance date. This request does not affect any other scheduled dates. Thank you.

Respectfully submitted,

/s/Spencer Sheehan
Spencer Sheehan

Application granted. The deadline for Defendant to answer or otherwise respond to the complaint is extended to July 17, 2020. The parties should not expect further extensions of time.

SO ORDERED.

Dated: May 18, 2020

_____
GREGORY H. WOODS
United States District Judge