United States District Court
Southern District of New York

1:19-cv-011878-GHW

Michael Williams, individually and on behalf of all others similarly situated,

                              Plaintiff,

          - against -

Krispy Kreme Doughnut Corporation,

                              Defendant

Notice of Voluntary Dismissal

          Plaintiff gives notice this action is voluntarily dismissed. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:    September 17, 2020

                                        Respectfully submitted,

                                        Sheehan & Associates, P.C.

                                        /s/Spencer Sheehan
                                        Spencer Sheehan
                                        60 Cuttermill Rd Ste 409
                                        Great Neck NY 11021-3104
                                        Tel: (516) 303-0552
                                        Fax: (516) 234-7800
                                        spencer@spencersheehan.com
                                        E.D.N.Y. # SS-8533
                                        S.D.N.Y. # SS-2056

1:19-cv-011878-GHW
United States District Court
Southern District of New York

Michael Williams, individually and on behalf of all others similarly situated,

                              Plaintiff,


                    - against -


  Krispy Kreme Doughnut Corporation,

                              Defendant


## Notice of Voluntary Dismissal

```
Sheehan & Associates, P.C.
 60 Cuttermill Rd Ste 409
 Great Neck NY 11021-3104
    Tel: (516) 303-0552
    Fax: (516) 234-7800
```

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information, and belief, formed after an inquiry reasonable under the circumstances, the contentions contained in the annexed documents are not frivolous.

Dated:  September 17, 2020

                                        /s/ Spencer Sheehan
                                        Spencer Sheehan

Certificate of Service

I certify that on September 17, 2020, I served or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email |
|---|---|---|---|
| Defendant's Counsel | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ |

/s/ Spencer Sheehan
Spencer Sheehan